UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WAYNE SPENCER,

    Plaintiff,

v.

    Case No. 1:25-cv-997

    HONORABLE PAUL L. MALONEY

EATON COUNTY SHERIFF
DEPARTMENT, et al.,

    Defendants.
_____/

## JUDGMENT

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that that Judgment is entered.

Dated: September 25, 2025

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge